PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GABRIEL BONO MI P71570
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (214) 767.8393
      E-Mail: gabriel.bono@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARIO GUTIERREZ,<br>    Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | CIVIL NO. 1:23-cv-01349-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

    This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: February 13, 2024                         /s/ Francesco P. Benavides*
                                                 FRANCESCO P. BENAVIDES
                                                 Attorney for Plaintiff
                                                 *Authorized via e-mail on February 7, 2024

                                                 PHILLIP A. TALBERT
                                                 United States Attorney
                                                 MATHEW W. PILE
                                                 Associate General Counsel
                                                 Social Security Administration

                                         By:     /s/ Gabriel Bono
                                                 GABRIEL BONO
                                                 Special Assistant United States Attorney

                                                 Attorneys for Defendant

**ORDER**

As stipulated, this action is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. 405(g) according to the terms of the stipulation. Judgment is directed for Plaintiff.

IT IS SO ORDERED.

Dated:   **February 13, 2024**                   **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE